STATE v. BARNES

No. 74P98

Case below: Rockingham County Superior Court

Defendant's pro se petition for writ of certiorari is allowed 2 April 1998 for the limited purposes of entering the following order: This case is remanded to the Superior Court, Rockingham County, for the purpose of conducting an evidentiary hearing pursuant to G.S. 15A-1420(c) and further proceedings consistent therewith.

STATE v. DAVIS

No. 549P97

Case below: 127 N.C.App. 561

Motion by the Attorney General to dismiss the notice of appeal allowed 2 April 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

STATE v. ELLIS

No. 501P97

Case below: 120 N.C.App. 648

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 April 1998.

STATE v. HATFIELD

No. 57P98

Case below: 128 N.C.App. 294

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.

STATE v. JORDAN

No. 529P97

Case below: 127 N.C.App. 557

Motion by Attorney General to dismiss appeal allowed 2 April 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 April 1998.